# EXHIBIT "B"



# Service of Process Transmittal
09/09/2019
CT Log Number 536209677

| | |
|---|---|
| **TO:** | JOHN HENLEY<br>UPC Insurance (NASDAQ: UIHC)<br>800 2ND AVENUE SOUTH<br>SAINT PETERSBURG, FL 33701 |
| **RE:** | Process Served in Texas |
| **FOR:** | United Property & Casualty Insurance Company  (Domestic State: FL) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | VIVIAN LY, Pltf. vs. UNITED PROPERTY & CASUALTY INSURANCE COMPANY, Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Interrogatories, Requests |
| **COURT/AGENCY:** | 61st Judicial District Court Harris County, TX<br>Case # 201961435 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/09/2019 postmarked on 09/06/2019 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next after the expiration of 20 days after you were served (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | James Willis<br>Daly & Black, P.C.<br>2211 Norfolk St., Suite 800<br>Houston, TX 77098<br>713-655-1405 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780114323495<br><br>Image SOP<br><br>Email Notification,  Legal Department  LAWSUIT@upcinsurance.com<br><br>Email Notification,  Tracey Reed  treed@upcinsurance.com<br><br>Email Notification,  Gilbert Rodriguez  grodriguez@upcinsurance.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 214-932-3601 |

Page 1 of  1 / KN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**MARILYN BURGESS**
HARRIS COUNTY DISTRICT CLERK
P.O. BOX 4651
HOUSTON, TEXAS 77210-4651



7018 1830 0001 4424 9011

neopost
09/06/2019
US POSTAGE $007.90



FIRST-CLASS MAIL
ZIP 77002
041M12252396

UNITED PROPERTY & CASUALTY INSURANCE
COMPANY by serving CT Corporation System
1999 BRYAN ST SUITE 900
DALLAS, TEXAS 75201-4284

CAUSE NO. 201961435

RECEIPT NO. 75.00 CTM
\*\*\*\*\*\*\*\*\*\* TR # 73666897

| | |
|---|---|
| PLAINTIFF: LY, VIVIAN<br>vs.<br>DEFENDANT: UNITED PROPERTY & CASUALTY INSURANCE COMPANY | In The 61st<br>Judicial District Court<br>of Harris County, Texas<br>61ST DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: UNITED PROPERTY & CASUALTY INSURANCE COMPANY (INSURANCE COMPANY)
    MAY BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM

   1999 BRYAN STREET   SUITE 900   DALLAS   TX   75201 - 4284

   Attached is a copy of <u>PLAINTIFFS ORIGINAL PETITION FIRST SET OF INTERROGATORIES REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSIONS</u>

This instrument was filed on the <u>29th day of August, 2019</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 4th day of September, 2019, under my hand and seal of said Court.



Issued at request of:
WILLIS, JAMES WINSTON
2211  NORFOLK ST, SUITE 800
HOUSTON, TX  77098
Tel: (713) 655-1405
Bar No.: 24088654

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: YARN, HILDA  M63//11315177

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of
 PLAINTIFFS ORIGINAL PETITION FIRST SET OF INTERROGATORIES REQUESTS
to the following addressee at address:

_____

_____
(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
        (2) TRCP, upon the Defendant as evidenced by the
         return receipt incorporated herein and attached
         hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following
reason: _____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____, Deputy

N.INT.CITM.P                    **\*73666897\***

8/29/2019 2:23 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36397290
By: Bernitta Barret
Filed: 8/29/2019 2:23 PM

*2019-61435 / Court: 061*

CAUSE NO. _____

| | | |
|---|---|---|
| VIVIAN LY, | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| vs. | § § | |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § § § § | HARRIS COUNTY, TEXAS |
| Defendant. | § § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Vivian Ly ("Ms. Ly"), Plaintiff herein, files this Original Petition against Defendant United Property & Casualty Insurance Company ("UPC") and, in support of her causes of action, would respectfully show the Court the following:

### I.
### THE PARTIES

1. Vivian Ly is a Texas resident who resides in Harris County, Texas.

2. UPC is an insurance company doing business in the State of Texas which may be served through its registered agent for service of process in the State of Texas, CT Corporation System, via certified mail at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-4284.

### II.
### DISCOVERY

3. This case is intended to be governed by Discovery Level 2.

1

## III.
## CLAIM FOR RELIEF

4. The damages sought are within the jurisdictional limits of this court. Plaintiff currently seeks monetary relief over $100,000, but not more than $200,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees.

## IV.
## JURISDICTION AND VENUE

5. This court has subject matter jurisdiction of this cause of action because it involves an amount in controversy in excess of the minimum jurisdictional limits of this Court.

6. Venue is proper in Harris County because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County. TEX. CIV. PRAC & REM CODE § 15.002(a)(1). In particular, the loss at issue occurred in Harris County.

## V.
## FACTUAL BACKGROUND

7. Ms. Ly is a named insured under a property insurance policy issued by UPC.

8. On or about August 20, 2018 a storm hit the Houston, Texas area, damaging Ms. Ly's house and other property. Ms. Ly subsequently filed a claim on her insurance policy.

9. Defendant improperly denied and/or underpaid the claim.

10. The adjuster assigned to the claim conducted a substandard investigation and inspection of the property, prepared a report that failed to include all of the damages that were observed during the inspection, and undervalued the damages observed during the inspection.

11. This unreasonable investigation led to the underpayment of Plaintiff's claim.

12. Moreover, UPC performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair and inequitable evaluation of Plaintiff's losses on the property.

2

## VI.
## CAUSES OF ACTION

13. Each of the foregoing paragraphs is incorporated by reference in the following:

**A. Breach of Contract**

14. UPC had a contract of insurance with Plaintiff. UPC breached the terms of that contract by wrongfully denying and/or underpaying the claim and Plaintiff was damaged thereby.

**B. Prompt Payment of Claims Statute**

15. The failure of UPC to pay for the losses and/or to follow the statutory time guidelines for accepting or denying coverage constitutes a violation of Section 542.051 *et seq.* of the Texas Insurance Code.

16. Plaintiff, therefore, in addition to Plaintiff's claim for damages, is entitled to interest and attorneys' fees as set forth in Section 542.060 of the Texas Insurance Code.

**C. Bad Faith**

17. Defendant is required to comply with Chapter 541 of the Texas Insurance Code.

18. Defendant violated Section 541.051 of the Texas Insurance Code by:

   (1) making statements misrepresenting the terms and/or benefits of the policy.

19. Defendant violated Section 541.060 by:

   (1) misrepresenting to Plaintiff a material fact or policy provision relating to coverage at issue;

   (2) failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability had become reasonably clear;

3

    (3)    failing to promptly provide to Plaintiff a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

    (4)    failing within a reasonable time to affirm or deny coverage of a claim to Plaintiff or submit a reservation of rights to Plaintiff; and

    (5)    refusing to pay the claim without conducting a reasonable investigation with respect to the claim;

20.    Defendant violated Section 541.061 by:

    (1)    making an untrue statement of material fact;

    (2)    failing to state a material fact necessary to make other statements made not misleading considering the circumstances under which the statements were made;

    (3)    making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of a material fact;

    (4)    making a material misstatement of law; and

    (5)    failing to disclose a matter required by law to be disclosed.

21.    Defendant's violations of Chapter 541 of the Texas Insurance Code enumerated above caused damages to Plaintiff in at least the amount of policy benefits wrongfully withheld.

22.    Defendant knowingly committed the acts complained of. As such, Plaintiff is entitled to exemplary and/or treble damages pursuant to Texas Insurance Code Section 541.152(a)-(b).

D.  **Attorneys' Fees**

23.  Plaintiff engaged the undersigned attorney to prosecute this lawsuit against Defendant and agreed to pay reasonable attorneys' fees and expenses through trial and any appeal.

24.  Plaintiff is entitled to reasonable and necessary attorney's fees pursuant to Texas Civil Practice and Remedies Code Sections 38.001-38.003 because she is represented by an attorney, presented the claim to Defendant, and Defendant did not tender the just amount owed before the expiration of the 30th day after the claim was presented.

25.  Plaintiff further prays that she be awarded all reasonable attorneys' fees incurred in prosecuting her causes of action through trial and any appeal pursuant to Sections 541.152 and 542.060 of the Texas Insurance Code.

## VII.
## CONDITIONS PRECEDENT

26.  All conditions precedent to Plaintiff's right to recover have been fully performed, or have been waived by Defendant.

## VIII.
## DISCOVERY REQUESTS

27.  Pursuant to Rule 194, you are requested to disclose, within fifty (50) days after service of this request, the information or material described in Rule 194.2(a)-(l).

28.  You are also requested to respond to the attached interrogatories, requests for production, and requests for admissions within fifty (50) days, in accordance with the instructions stated therein.

## IX.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Vivian Ly prays that, upon final hearing of the case, she recover all damages from and against Defendant that may reasonably be established

by a preponderance of the evidence, and that Ms. Ly be awarded attorneys' fees through trial and appeal, costs of court, pre-judgment interest, post-judgment interest, and such other and further relief, general or special, at law or in equity, to which Ms. Ly may show herself to be justly entitled.

       Respectfully submitted,

       **DALY & BLACK, P.C.**

       By:  */s/ James Willis*
         James Willis
         TBA No. 24088654
         jwillis@dalyblack.com
         Richard D. Daly
         TBA No. 00796429
         rdaly@dalyblack.com
         ecfs@dalyblack.com
         2211 Norfolk St., Suite 800
         Houston, Texas 77098
         713.655.1405—Telephone
         713.655.1587—Fax

       **ATTORNEYS FOR PLAINTIFF**
       **VIVIAN LY**

Unofficial Copy Office of Marilyn Burgess

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): **Terri Thongsavat**   C. Date of Delivery: SEP 0 9 2019 |
| 1. Article Addressed to:<br><br>**UNITED PROPERTY & CASUALTY INSURANCE COMPANY** by serving CT Corporation System<br>1999 BRYAN ST SUITE 900<br>DALLAS, TEXAS 75201-4284 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2019-61435 |
| 9590 9402 4604 8323 5894 68 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 1830 0001 4424 9011 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053   2019-61435-6185   Domestic Return Receipt

USPS TRACKING #

9590 9402 4604 8323 5894 68

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2019 SEP 17 AM 7:08

09-17-19

BY_____
MAIL PROCESSING ADMIN

• Sender: Please print your name, address, and ZIP+4® in this box•

**MARILYN BURGESS**
**HARRIS COUNTY DISTRICT CLERK**
P.O. BOX 4651
HOUSTON, TEXAS 77210-4651

Case 4:19-cv-03925   Document 1-2   Filed on 10/09/19 in TXSD   Page 13 of 16

9/30/2019 9:06 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 37221490
By: Brenda Espinoza
Filed: 9/30/2019 9:06 AM

## CAUSE NO: 2019-61435

| | | |
|---|---|---|
| **VIVIAN LY** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **UNITED PROPERTY & CASUALTY** | § | |
| **INSURANCE COMPANY** | § | |
| | § | |
| | § | **61st JUDICIAL DISTRICT** |

### DEFENDANT, UNITED PROPERTY & CASUALTY INSURANCE COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, United Property & Casualty Insurance Company ("United Property,") in the above-entitled and numbered cause and files this, its Answer to Plaintiff's Original Petition, and would respectfully show unto the Court the following:

**I.**

### GENERAL DENIAL

United Property & Casualty Insurance Company asserts a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and requests that Plaintiff be required to prove his charges and allegations against United Property & Casualty Insurance Company by a preponderance of the evidence as is required by the Constitution and law of the State of Texas.

**II.**

### DEFENSES

2.1     United Property & Casualty Insurance Company denies that the required conditions precedent were performed and/or occurred.

2.2     United Property issued a policy of insurance to Plaintiff, and United Property adopts its terms, conditions and exclusions as if copied *in extenso*.

4841-7739-8950.1

2.3 The Policy does not cover wear and tear, marring, deterioration; mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

2.4 The Policy does not cover damages which occurred prior to Policy inception or after Policy expiration regardless of whether such damages were apparent at the time of the inception of the Policy or discovered at a later date. To the extent that any part of the loss which Plaintiff complains did not occur during the applicable policy period, the Policy provides no coverage for same.

2.5 United Property's obligation to pay under the Policy extends, if at all, only to a covered loss that exceeds the Policy deductible. If there is an obligation to pay, it applies only to the amount of covered loss that exceeds the deductible.

2.6 United Property is entitled to any credits or set-offs for prior payments by United Property or other third parties.

2.7 To the extent that some or all of Plaintiff's claims may have been fully adjusted and payment tendered, Plaintiff is only entitled to one satisfaction or recovery for his alleged damages.

2.8 To the extent that Plaintiff's damages are determined to be the result of a failure by Plaintiff to take reasonable steps to mitigate the loss, those damages are not recoverable.

2.9 To the extent that all statutory and policy requisites have not been satisfied, this suit is premature.

### III.

### REQUEST FOR DISCLOSURE

Pursuant to Rule 194, Plaintiff is requested to disclose the information or material described in Rule 194.

## IV.

## **PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Defendant, United Property & Casualty Insurance Company, respectfully prays that Plaintiff take nothing by his suit, that Defendant recovers costs, and for such other and further relief, both at law and in equity, to which United Property & Casualty Insurance Company may be justly entitled.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

_____
Sarah R. Smith
TBA No: 24056346
Rachael S. Fountain
TBA No: 24097702
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Phone:  (713) 659-6767
Fax:    (713) 759-6830
sara.smith@lewisbrisbois.com
rachael.fountain@lewisbrisbois.com
ATTORNEYS FOR DEFENDANT, UNITED PROPERTY & CASUALTY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above pleading has been forwarded pursuant to the Texas Rules of Civil Procedure on this 30th day of September, 2019.

James Willis  *Via Eserve*
Richard D. Daly
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
ecfs@dalyblack.com
rdaly@dalyblack.com
*Attorneys for Plaintiffs*

                                                Sarah R. Smith